

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-18-00962-CV |
| Style: | Siana Oil & Gas Co. LLC v. White Oak Operating Company, LLC |
| Date motion filed*: | March 11, 2020 |
| Type of motion: | Unopposed Second Motion for Extension of Time to File Appellant's Reply Brief |
| Party filing motion: | Appellant |
| Document to be filed: | Reply |

Is appeal accelerated?

If motion to extend time:

| | |
|---|---|
| Original due date: | February 10, 2020 |
| Number of previous extensions granted: | 1          Current Due date: March 11, 2020 |
| Date Requested: | March 25, 2020 |

Ordered that motion is:

☑ Granted

If document is to be filed, document due: March 25, 2020

☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature:      /s/ Julie Countiss
                  ☑ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date:      March 17, 2020

November 7, 2008 Revision